**Cristobal GONZALEZ–PADILLA**

v.

**UNITED STATES of America.**

No. 7008.

United States Court of Appeals
Tenth Circuit.

April 24, 1962.

No attorney for appellant.

Newell A. George, U. S. Atty., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

728

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed April 24, 1962, on motion of appellee for failure of appellant diligently to prosecute.